IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TYRUS COOPER,

    Plaintiff,

v.

W. OLSON, et al

    Defendants.

ORDER

Case No. 20-cv-1102-jdp

Plaintiff Tyrus Cooper has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than January 4, 2021. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Tyrus Cooper may have until January 4, 2021 to submit a trust fund account statement for the period beginning approximately June 14, 2020 and ending approximately December 14, 2020. If, by January 4, 2021, plaintiff fails to respond to

this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 14th day of December, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge